907

**No. P67/403.**—Dessy-Atco, Inc. *v.* United States, protest 65/15452 (New York).

Ford, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of articles of wearing apparel, knit or crocheted (not including mittens, hose, half-hose, or underwear), similar in all material respects to those the subject of *Children's Hose, Inc.* v. *United States* (55 Cust. Ct. 6, C.D. 2547), the claim of the plaintiff was sustained.

**No. P67/404.**—Charles A. Koons, Inc. *v.* United States, protest 58/15892–15338 (New Orleans).

**No. P67/405.**—Dalminter, Inc. *v.* United States, protests 59/32157 and 61/22928 (Los Angeles).

Landis, J. In accordance with stipulation of counsel that the items of merchandise covered by the foregoing protests consist of seamless steel tubes with plain square-cut ends made to American Petroleum Institute specifications for grade J–55 steel to be made into couplings for oil well casing the same in all material respects as those the subject of *John A. Steer Co., a/c Charles A. Koons, Inc.* v. *United States* (54 CCPA 81, C.A.D. 911), the claim of the plaintiffs was sustained.

**No. P67/406.**—Border Brokerage Co. *v.* United States, protest 60/13843 (Seattle).

Beckworth, J. In accordance with stipulation of counsel that the items of merchandise marked "A" covered by the foregoing protest consist of cedar shorts similar in all material respects to those the subject of *Border Brokerage Co. et al.* v. *United States* (52 Cust. Ct. 204, C.D. 2461); that the items of merchandise marked "B" covered by the foregoing protest consist of 2-piece cedar shorts in excess of 24 inches in width; and that under the principles of *Clarence S. Holmes et al.* v. *United States* (44 Cust. Ct. 111, C.D. 2161), edge glued maple wood in excess of lumber widths of 9 inches was held dutiable at 10 percent under paragraph 1558, the claims of the plaintiff were sustained.